CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
August 22, 2024
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JESSICA JENKINS,        ) | |
|    Petitioner,       ) | Civil Action No. 7:24cv00228 |
|                            ) | |
| v.                      ) | |
|                            ) | |
| RSW REGIONAL JAIL,       ) | By: Elizabeth K. Dillon |
|    Respondent.       ) | Chief United States District Judge |

**MEMORANDUM OPINION**

Jessica Jenkins, a Virginia inmate proceeding *pro se*, filed a petition that the court construed as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Dkt. Nos. 1, 2.) On April 18, 2024, the court issued an order conditionally filing this action and directing petitioner to complete various tasks before this matter can proceed, including filing the standard § 2254 form, paying the filing fee, and addressing the apparent failure to exhaust remedies in state court prior to filing this action. (Dkt. No. 2.) Petitioner was given thirty days to complete these tasks, and she failed to address any of the noted deficiencies within the time allotted.

The court's order warned petitioner that if she failed address the filing fee by either paying the fee, returning the attached consent to fee form, or submitting a completed application to proceed *in forma pauperis*, this action would be dismissed without prejudice. (Dkt. No. 2 at 2.) Further, the court's order alerted petitioner that if she failed to address the exhaustion issue, this could also result in the dismissal of the petition. Because petitioner has not complied with the court's order in any respect, the court will issue an appropriate order dismissing this action.

Entered: August 22, 2024.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge